■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MILLER, Appellant.— Order, Supreme Court, New York County, entered on September 19, 1972, denying without a hearing appellant's motion to vacate the judgment of conviction against him rendered June 12, 1969, on the ground that he was never advised of his right to appeal, unanimously reversed, on the law, and the application granted on consent of the People. The judgment rendered June 12, 1969 is vacated for the purpose of permitting appellant to be resentenced *nunc pro tunc* in order to allow his time to appeal to run anew. The record demonstrates that appellant was not advised of his right to appeal. Since defendant is still actually serving his sentence, there remains a viable claim to be pressed on appeal as to the question of excessiveness (*People* v. *Coleman,* 30 N Y 2d 582). Hence, appellant was entitled under *People* v. *Montgomery,* 24 N Y 2d 130, to a reimposition of sentence to revive his right to appeal. (See *People* v. *Rastorfer,* 35 A D 2d 708.) Concur — Markewich, J. P., Kupferman, Murphy, Tilzer and Capozzoli, JJ.

■ In the Matter of the SOCIETY OF NEW YORK HOSPITAL, Petitioner, v. EDWARD THOMPSON, as Administrative Judge of the Civil Court of the City of New York, Respondent. Submission of controversy pursuant to the provisions of CPLR 3222 unanimously dismissed, as moot, without costs and without disbursements, in view of the amendment to section 2900.18 of the Rules of the Civil Court of the City of New York (22 NYCRR 2900.18) effective May 1, 1974. Concur — Markewich, J. P., Murphy, Steuer, Tilzer and Capozzoli, JJ.